UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LUCY M. CARLE,

           Plaintiff,

-vs-                                                        Case No.  5:06-cv-7-Oc-10GRJ

COMMISSIONER OF SOCIAL SECURITY,

           Defendant.
_____/

## **O R D E R**

The United States Magistrate Judge has issued a report (Doc. 15) recommending that the decision of the Commissioner of the Social Security denying the Plaintiff's application for disability insurance benefits and Supplemental Security Income be affirmed. The Plaintiff has not objected to the report and recommendation of the Magistrate Judge, and the time for objecting has elapsed.

Upon an independent examination of the file and upon due consideration, the report and recommendation of the Magistrate Judge (Doc. 15) is adopted, confirmed and made a part hereof, and the decision of the Commissioner is AFFIRMED.

The Clerk is DIRECTED to enter judgment accordingly, terminate any pending motions, and close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 27th day of February, 2007.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   Hon. Gary R. Jones
             Counsel of Record